UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:21-cv-07121-CJC-MAA                                    Date:  March 14, 2022

Title:  _Jermaine Johnson v. C. Rodriguez_

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   Order Regarding Petitioner's Opposition to Respondent's Motion to Dismiss (ECF No. 11)

On September 2, 2021, the Court received and filed Petitioner's _pro se_ petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 ("Section 2241") ("Petition").  (Pet., ECF No. 1.)  On January 7, 2022, Respondent filed a Motion to Dismiss the Petition ("Motion to Dismiss").  (Mot. to Dismiss, ECF No. 11.)

Petitioner's Opposition to Respondent's Motion to Dismiss was due no later than thirty days after service of the Motion to Dismiss.  (ECF No. 5 at 2–3.)  To date, Petitioner has not filed an Opposition.

Petitioner is **ORDERED TO SHOW CAUSE** by **April 13, 2022** why the Court should not recommend that the lawsuit be dismissed for failure to file an Opposition to the Motion, failure to comply with Court orders, and failure to prosecute.  If Petitioner files an Opposition to the Motion on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

Alternatively, Petitioner may request to dismiss this action voluntarily pursuant to Federal Rule of Civil Procedure 41(a).  The Clerk is directed to attach Form CV-09 (Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c)) to this Order.

Petitioner is advised that failure to file an Opposition to the Motion by **April 13, 2022** may be construed as consent to the granting of the Motion and may result in a recommendation that the lawsuit be dismissed.  _See_ C.D. Cal. L.R. 7-12.  Petitioner also is advised that failure to comply with

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:21-cv-07121-CJC-MAA                                Date:  March 14, 2022

Title:     *Jermaine Johnson v. C. Rodriguez*

this Order by **April 13, 2022** may result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or failure to comply with Court orders.  *See* C.D. Cal. L.R. 41-1.

    It is so ordered.

Attachments

Form CV-09 (Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c))