JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE JOHNSON,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>C. RODRIGUEZ, Acting Warden,<br><br>　　　　　Respondent. | Case No. 2:21-cv-07121-CJC-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: July 20, 2022

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE